Allen T. French, Appellant, v. Matthew H. Beers, Respondent. — Judgment affirmed, with costs. No opinion.

Mathias P. Moller, Appellant, v. Joseph S. Mechler, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jacob Lobsenz, an Infant, by Theodore Lobsenz, his Guardian ad Litem, Appellant, v. Metropolitan Street Railway Company, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Lillian Coleman Morrison, Respondent, v. Ormond G. Smith and George C. Smith, Doing Business as Street & Smith, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Nicholas Santomino, an Infant, by Michael Santomino, his Guardian ad Litem, Appellant, v. American Ice Company, Respondent.— Judgment affirmed, with costs. No opinion.

William Wechsler, Appellant, v. Clenan Bishop, Respondent.— Judgment affirmed, with costs. No opinion.

Mark E. Sandford, Appellant, v. Henry Wagner, Respondent.— Judgment affirmed, with costs. No opinion.

Fanny Johnston and Others, as Executors, etc., of George W. Johnston, Deceased, Appellants, v. Albert B. Hilton, Respondent.— Judgment affirmed, with costs. No opinion.

Patrick W. Cullinan, as State Commissioner of Excise of the State of New York, Respondent, v. Edward W. Austin, Defendant, Impleaded with The United States Fidelity and Guaranty Company, Appellant.— Judgment affirmed, with costs. No opinion.

George Schaaf, Respondent, v. Harriett Baumeister, Appellant.— Judgment and order affirmed, with costs. No opinion.

Charles F. Schaumburg, Respondent, v. Daily Telegraph Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mary S. Sayre, Respondent, v. Orlando A. Jones, Respondent. Maude H. Kirtland and Helen Kirtland Dean, Appellants.—Order affirmed, with ten dollars costs and disbursements. No opinion.

John Stewart, Appellant, v. Horace Russell and Edward D. Harris, as Executors, etc., of Henry Hilton, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

D. Willis James, Respondent, v. Patrick Prendergast and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Medical College Laboratory of the City of New York, Respondent, v. New York University, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Canal Place.— Motion denied, Memorandum per curiam.

William B. Axford, as Administrator, etc., of William H. Axford, v. Ezra K. Seguine and Others.— Motion denied, with ten dollars costs. Memorandum per curiam.

In the Matter of the Application of Thomas S. Bassford, Appellant, to Have Determined and Enforced a Lien Claimed by him for Legal Services Rendered to George F. John-

son, Respondent, in a Proceeding Heretofore Pending in this Court Entitled " In the matter of the application of the mayor, aldermen and commonalty of the city of New York, relative to acquiring title, wherever the same has not been heretofore acquired, to the lands, tenements and hereditaments required for the purpose of opening Leggett Avenue (Although not yet named by proper authority) from Prospect Avenue to Randall Avenue, as the same has been heretofore laid out and designated as a first class street or road, in the Twenty-third Ward of the city of New York."— The funds upon which this lien is claimed are now in the hands of the comptroller of the city of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Louis J. Frey v. David M. Torrey.— Motion to go to Court of Appeals granted. Questions to be certified on settlement of order.

Henry S. Moore v. Tillie E. Smith and Others. — Motion denied on payment of ten dollars costs.

In the Matter of Cornelius Vanderbilt.— Reargument ordered only upon the question of the right to deduct from the appraised value of the estate the amount of taxes due to the Federal government under the War Revenue Law of 1898.

Charles H. Ivison v. Edward Ivison and Others. — Motion denied on payment of ten dollars costs; and upon payment of an additional ten dollars, leave given to apply to the court below to open default.

John J. Ryan v. Garden City Company.— Motion granted, with ten dollars costs.

The Alignum Company, Respondent, v. Joseph A. Stoll and The Union Surety and Guaranty Company, Appellants.— Judgment affirmed, with costs. No opinion.

Emma L. Jacob, Respondent, v. J. Campbell Thompson, Appellant.— Reargument ordered.

Simon E. Bernheimer v. Josephine Schmid. — Motion denied, with ten dollars costs.

W. Emlen Roosevelt and Others v. S. Grosvenor Porter and Others.— Motion granted, with ten dollars costs. Memorandum per curiam.

Insurance Press v. Montauk Fire Detecting Company.— Motion denied.

Arthur Sandys v. Edgar Ketchum and Others. — Motion denied, with ten dollars costs.

Robert L. Stewart v. The Mayor, etc.— Motion granted, without costs.

The People of the State of New York ex rel. Thomas B. Doane v. John J. Scannell, Fire Commissioner.— Motion granted, with ten dollars costs.

Herman Behlen v. Anna T. L. Behlen.— Motion denied, with ten dollars cost. Memorandum per curiam.

Adolph Goldmark, Respondent, v. Magnolia Anti-Friction Metal Company, Appellant. — Judgment affirmed, with costs. No opinion.

Albert Erdman and Martin Herman, as Trustees under the Will of Samuel Broneman, Deceased, Respondents, v. Manhattan Railway Company, Appellant.— Judgment modified by reducing amount awarded for fee damage to $5,000, and as modified affirmed, without costs to either party. No opinion.

The People of the State of New York, Respondent, v. Henry Zeimer, Appellant, Impleaded with Another.— Judgment affirmed. No opinion.